IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| AVID TECHNOLOGY, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 12-627-GMS |
| | ) | |
| HARMONIC INC., | ) | **JURY TRIAL DEMANDED** |
| | ) | |
| Defendant. | ) | |

## **STIPULATED ORDER**

WHEREAS, on June 22, 2012, defendant Harmonic Inc. filed a motion to dismiss the original Complaint (D.I. No. 1) in the above-captioned action for failure to state a claim (D.I. No. 6);

WHEREAS, on July 5, 2012, plaintiff Avid Technology, Inc. filed a First Amended Complaint (D.I. No. 10), which supersedes the original Complaint (D.I. No. 1) that was the subject of defendant Harmonic Inc.'s motion to dismiss (D.I. No. 6),

NOW THEREFORE, plaintiff Avid Technology, Inc. and defendant Harmonic Inc. have agreed, subject to the approval of the Court, that defendant Harmonic Inc.'s motion to dismiss (D.I. No. 6) is hereby withdrawn without prejudice as moot.

STIPULATED AND AGREED:

| | |
|---|---|
| */s/ Andrew E. Russell* | */s/ David E. Moore* |
| John W. Shaw (No. 3362) | David E. Moore (No. 3983) |
| Karen E. Keller (No. 4489) | Jonathan A. Choa (No. 5319) |
| Andrew E. Russell (No. 5382) | POTTER ANDERSON & CORROON LLP |
| SHAW KELLER LLP | Hercules Plaza, 6th Floor |
| 300 Delaware Avenue, Suite 1120 | 1313 N. Market Street |
| Wilmington, DE 19801 | Wilmington, DE 19801 |
| (302) 298-0700 | (302) 984-6000 |

| | |
|---|---|
| jshaw@shawkeller.com<br>kkeller@shawkeller.com<br>arussell@shawkeller.com<br><br>OF COUNSEL:<br>Scott S. Balber<br>Robert A. Schwinger<br>Paul J. Tanck<br>CHADBOURNE & PARKE LLP<br>30 Rockefeller Plaza<br>New York, NY  10112<br>(212) 408-5100<br><br>David H. Evans<br>1200 New Hampshire Ave., NW<br>Washington, DC  20036<br>(202) 974-5600<br><br>*Attorneys for Plaintiff Avid Technology, Inc.* | dmoore@potteranderson.com<br>jchoa@potteranderson.com<br><br>OF COUNSEL:<br>James C. Yoon<br>Stefani E. Shanberg<br>Robin L. Brewer<br>WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation<br>650 Page Mill Road<br>Palo Alto, California 94304<br>(650) 565-3645<br><br>*Attorneys for Defendant Harmonic Inc.* |

SO ORDERED, this _____ day of July, 2012.

                                                                     _____
                                                                         United States District Judge