IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AVID TECHNOLOGY, INC. <br><br> Plaintiff, <br><br> v. <br><br> HARMONIC INC., <br><br> Defendant. | Civil Action No. 12-627-GMS |

## STIPULATION AND ORDER OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Avid Technology, Inc. ("Avid") and Harmonic Inc. ("Harmonic") hereby stipulate and agree that all counts in Avid's Complaint (C.A. 11-1040 (D.I. 1)), First Amended Complaint (C.A. 12-627 (D.I. 10)), and Complaint (C.A. 17-682 (D.I. 1)) and all claims and affirmative defenses asserted by Harmonic in its Answer and Counterclaims (C.A. 11-1040 (D.I. 9)(D.I. 14)) and its Answer (C.A. 17-682 (D.I. 6)), and all defenses asserted by Avid in its Response to Harmonic's Counterclaims (C.A. 11-1040 (D.I. 13)), shall be dismissed with prejudice subject to the terms of the Confidential Settlement Agreement dated October 20, 2017.

Each Party will bear its own costs, expenses, and attorneys' fees.

{01258665;v1 }

| ASHBY & GEDDES | POTTER ANDERSON & CORROON LLP |
|---|---|
| */s/ John G. Day* | */s/ Bindu A. Palapura* |
| John G. Day (#2403)<br>Andrew C. Mayo (#5207)<br>500 Delaware Avenue, 8th Floor<br>P.O. Box 1150<br>Wilmington, DE 19899<br>(302) 654-1888<br>jday@ashby-geddes.com<br>amayo@ashby-geddes.com | David E. Moore (#3983)<br>Jonathan A. Choa (#5319)<br>Bindu A. Palapura (#5370)<br>Hercules Plaza, 6th Floor<br>1313 N. Market Street<br>Wilmington, DE 19801<br>(302) 984-6000<br>dmoore@potteranderson.com<br>jchoa@potteranderson.com<br>bpalapura@potteranderson.com |
| *Attorneys for Plaintiff Avid Technology, Inc.* | *Attorneys for Defendant Harmonic Inc.* |

*Of Counsel*:

Joseph M. Sauer
David B. Cochran
JONES DAY
901 Lakeside Avenue
Cleveland, OH 44114
(216) 586-7506

Gregory A. Castanias
JONES DAY
51 Louisiana Ave., N.W.
Washington, D.C. 20001
(202) 879-3939

*Of Counsel:*
James C. Yoon
Ryan R. Smith
Sara L. Tolbert
Mary Procaccio-Flowers
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
(650) 565-3645

Paul D. Tripodi II
WILSON SONSINI GOODRICH & ROSATI
633 West Fifth Street, Suite 1550
Los Angeles, CA 90071
(323) 210-2900

**SO ORDERED**, this 2nd day of Nov, 2017.

_____
United States District Judge